Opinion issued July 21,
2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00602-CV

———————————

In
re RAJ KUMAR VATS, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

 

MEMORANDUM OPINION

          Relator, Raj Kumar Vats, has filed a petition
for writ of mandamus.  See Tex.
R. App. P. 52.1.  Relator
challenges the trial court’s July 11, 2011 “Order on Smrita Vats’ Request for
Appropriate Orders for Disposition of Property.” [1]
 In his petition, relator requests this
Court to “stay the implementation” of the order and to “enter an order
declaring [the order] void ab ibinitio.”  

We deny relator’s petition for writ
of mandamus, including his request to “stay implementation” of the underlying
order.

PER CURIAM

Panel consists of Justices Keyes, Higley, and Bland.











[1]           The
underlying case is Smrita Vats vs. Raj
Kumar Vats, cause number 2007-22213, pending in the 311th District Court of
Harris County, Texas, The Hon. Denise Pratt presiding.